# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158185 & (68)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                    SC: 158185
                                                     COA: 335534
                                                     Wayne CC: 16-005197-FH
RODNEY DUANE PERSON,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the June 12, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2019

s0225                                              Clerk